Núm. 8275.—PUEBLO, apldo. v. SERRANO, aplte.— Julio 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento de error es que:

"1. Erró la corte inferior al apreciar la evidencia ofrecida para sostener la denuncia en este caso (Portar Armas), la misma del caso de acometimiento grave, y al decidir que la misma era suficiente para sostener una convicción por dicho delito, a pesar de haberla considerado insuficiente para la denuncia por acometimiento."

POR CUANTO, se trata de un conflicto en la prueba resuelto por el juez de distrito en contra del acusado, sin que exista motivo suficiente para revocar la sentencia dictada.

POR TANTO, se confirma la sentencia que dictó la Corte de Distrito de Arecibo en julio 7, 1939.

El Juez Asociado Sr. De Jesús no intervino.

Núm. 8452.—PUEBLO, apldo. v. ORTIZ, aplte.— Noviembre 14, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el delito imputado en el presente caso es el de hurto de menor cuantía y de la faz de la denuncia claramente resulta que dicho delito fué cometido en el barrio Bayaney, del término municipal de Hatillo, dentro de la jurisdicción de la Corte Municipal de Camuy, careciendo por tanto de jurisdicción la Corte Municipal de Arecibo donde originalmente se celebró el juicio y se dictó sentencia contra el acusado, careciendo por consiguiente de jurisdicción la corte de distrito que en grado de apelación conoció del caso y dictó la sentencia que es objeto de este recurso;

POR CUANTO, el Fiscal de este Tribunal solicitó en su informe oral que la sentencia sea revocada por los fundamentos anteriormente expuestos;

POR TANTO, vistos los autos de este caso, se declara con lugar el recurso, se revoca la sentencia apelada por falta de jurisdicción en la corte sentenciadora, y se absuelve libremente al acusado.